ADITI PARANJPYE, WSBA No. 53001
CAIRNCROSS & HEMPELMANN, P.S.
524 Second Avenue, Suite 500
Seattle, WA  98104-2323
(206) 587-0700
*Attorneys for LTM Investments LLC*

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>EASTERDAY FARMS, INC.<br><br>Debtor. | NO. 21-00176-WLH11<br><br>NOTICE OF APPEARANCE AND REQUEST FOR NOTICE |

TO:  THE CLERK OF THE COURT

AND TO:  ALL PARTIES-IN-INTEREST

PLEASE TAKE NOTICE that Aditi Paranjpye and the law firm of Cairncross & Hempelmann, P.S. hereby enter their appearance and association with LTM Investments LLC, a creditor in the above captioned matter. Such attorneys hereby request that copies of all notices and pleadings given or filed in this case be given and served upon the undersigned at the address, telephone and facsimile numbers, and e-mail address below.

///

NOTICE OF APPEARANCE - 1

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

21-00176-WLH11   Doc 16   Filed 02/26/21   Entered 02/26/21 17:36:56   Pg 1 of 2

DATED this 26th day of February, 2021.

        CAIRNCROSS & HEMPELMANN, P.S.

        */s/ Aditi Paranjpye*
        Aditi N. Paranjpye, WSBA No. 53001
        E-mail: aparanjpye@cairncross.com
        524 Second Avenue, Suite 500
        Seattle, WA 98104-2323
        Telephone: (206) 587-0700
        Facsimile: (206) 587-2308
        Attorneys for LTM Investments LLC

NOTICE OF APPEARANCE - 2

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

{04158824.DOCX;1}

21-00176-WLH11   Doc 16   Filed 02/26/21   Entered 02/26/21 17:36:56   Pg 2 of 2