Jesse A.P. Baker
(SBN 36077)
ALDRIDGE PITE, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorney for JPMORGAN CHASE AUTO FINANCE

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON (SPOKANE/YAKIMA)

| In re | Case No. 21-00176-WLH11 |
|---|---|
| EASTERDAY FARMS, A WASHINGTON GENERAL PARTNERSHIP, | Chapter 11 |
| | NOTICE OF WITHDRAWAL OF PROOF OF CLAIM # 26 |
| Debtor(s). | |

TO: DEBTOR(S), ATTORNEY FOR DEBTOR(S), CHAPTER 13 TRUSTEE, and all interested parties:

NOTICE IS HEREBY GIVEN that the Proof of Claim filed by JPMorgan Chase Auto Finance on February 26, 2021, and assigned as Claim number 26, is hereby withdrawn, without prejudice.

Dated: August 20, 2021        ALDRIDGE PITE, LLP

_____
Attorney for JPMORGAN CHASE AUTO FINANCE

NOTICE OF WITHDRAWAL OF PROOF OF CLAIM     - 1 -

JESSE A.P. BAKER (SBN 36077)
ALDRIDGE PITE, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorney for    JPMORGAN CHASE BANK. N.A

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON (SPOKANE/YAKIMA)

| | |
|---|---|
| In re<br><br>EASTERDAY FARMS, A WASHINGTON GENERAL PARTNERSHIP,<br><br>    Debtor(s). | Case No. 21-00176-WLH11<br><br>Chapter 11<br><br>PROOF OF SERVICE |

I, Brandon M. Watt, declare that:

I am employed in the County of San Diego, California. My business address is: 4375 Jutland Drive, Suite 200; P.O. Box 17933, San Diego, CA 92177-0933. I am over the age of eighteen years and not a party to this case.

On August 20, 2021, I caused the PROOF OF CLAIM (WITH ATTACHMENTS) to be served by electronic means through the court's CM/ECF system or by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Diego, California, addressed as follows: SEE ATTACHED SERVICE LIST.

I declare under penalty of perjury that the foregoing is true and correct.

/s/Brandon M. Watt
BRANDON M. WATT

PROOF OF SERVICE

# SERVICE LIST

**DEBTOR(S)**
**(VIA U.S. MAIL)**

Easterday Farms, a Washington general partnership
5235 N Industrial Way
Pasco, WA 99301

**DEBTOR(S) ATTORNEY**
**(VIA ELECTRONIC NOTICE)**

Thomas A Buford
Bush Kornfeld LLP
601 Union Street, Suite 5000
Seattle, WA 98101
tbuford@bskd.com,rkeeton@bskd.com,psz

**U.S. TRUSTEE**
**(VIA ELECTRONIC NOTICE)**

US Court House
920 W Riverside Ave, Suite 593
Spokane, WA 99201
USTP.REGION18.SP.ECF@usdoj.gov

PROOF OF SERVICE

- 2 -