LF 1007-2(8/18)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

## Address Change Form

**Debtor(s) Name** Easterday Farms      **Case Number** 21-00176-WLH11

- **Debtors** – is this change for:  Debtor _____   Joint Debtor _____   Both _____

- **Debtors** – is debtor a DeBN participant?  Yes_____   No _____

- **Creditors** – is this change for: Noticing Address ✔   Payment Address _____   Both _____

| OLD ADDRESS | NEW ADDRESS |
|---|---|
| Dunn & Black, P.S. <br> (Name) | Copenhaver Construction, Inc. <br> (Name) |
| 111 North Post Street, Ste. 300 <br> (Address) | 22393 State Route 2 East <br> (Address) |
| Spokane          WA      99201 <br> (City)          (State)   (Zip) | Creston          WA      99117 <br> (City)          (State)   (Zip) |

**ECF Filers:  You must update creditor names and addresses in creditor maintenance upon the filing of this document.**

/s/ John C. Black
**Signature**

11/19/21
**Date**

ADDRESS CHANGE FORM - 1