# United States Bankruptcy Court

For the Eastern District of Washington

<u>In re Easterday Farms, a Washington general partnership, Case No. 21-00176</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).

Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>CRG Financial LLC</u><br>Name of Transferee | <u>Rangeview AG Labor Limited Liability Company</u><br>NAME of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>CRG Financial LLC<br>100 Union Ave<br>Cresskill, NJ 07626 | Court Claim# (if known): 43<br><br>Amount of Claim:<br>Scheduled: $47,371.66- Easterday Farms, a Washington general partnership<br>Proofs of Claim: $47,371.66- Easterday Farms, a Washington general partnership<br>Date Claim Filed: 03/04/2021 |
| Phone: (201) 266-6988<br>Last Four Digits of Acct#: _____ | Phone:<br>Last Four Digits of Acct#: _____ |
| Name and Address where Transferee payments should be sent (if different from above):<br>SAME AS ABOVE | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ Allison R. Axenrod</u>   Date: <u>12/29/2021</u>

Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Form 210B (10/06)**

# United States Bankruptcy Court

For the Eastern District of Washington

In re Easterday Farms, a Washington general partnership  Case No. 21-00176

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 43 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/29/2021.

| | |
|---|---|
| CRG Financial LLC | Rangeview AG Labor Limited Liability Company |
| Name of Alleged Transferee | Name of Transferor |
| 100 Union Avenue, Cresskill, NJ 07626 | Po Box 547 1801 S Broadway Ave , , Othello , WA 99344 |
| Address of Alleged Transferee | Address of Transferor |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

**CLERK OF THE COURT**

# NOTICE OF TRANSFER AND WAIVER

Rangeview AG Labor Limited Liability Company ("Seller"), sells, transfers and assigns unto CRG Financial LLC, with an address at 100 Union Avenue, Cresskill, NJ 07626, its successors and assigns ("Purchaser"), pursuant to the terms of a Claim Purchase Agreement between Seller and Purchaser (the "Agreement"), all of Seller's right, title and interest in, to and under Seller's Claim (as defined in the Agreement), including any amounts owed as a cure with respect to a contract assumption, against Easterday Farms, A Washington General Partnership (the "Debtor"), in the aggregate amount of not less than $47,371.66, representing all claims of Seller pending against Debtor in the United States Bankruptcy Court, for the Eastern District of Washington, jointly administered as Case No. 21-00176.

Seller hereby waives its right to raise any objection and/or receive notice pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedures and stipulates that an order may be entered recognizing the Agreement as an unconditional sale and the Purchaser as the valid owner of the Claim.

IN WITNESS WHEREOF, Seller has signed below as of 12/17/2021.

By: /s/ Anthony Jenks
     Signature

     Anthony Jenks
     Print Name/Title
     Rangeview AG Labor Limited Liability Company

IN WITNESS WHEREOF, Purchaser has signed below as of Tuesday, December 28, 2021.

By: /s/ Robert Axenrod
CRG Financial LLC