# United States Bankruptcy Court

## For the Eastern District of Washington

<u>In re Easterday Farms, a Washington general partnership, Case No. 21-00176</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).

Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>CRG Financial LLC</u> | <u>Northwest Equipment Sales, Inc</u> |
| Name of Transferee | NAME of Transferor |
| | |
| Name and Address where notices to transferee should be sent: | Court Claim# (if known):  81;82 |
| | Amount of Claim: |
| CRG Financial LLC | Scheduled:          $134,432.00- Easterday Farms, a Washington general partnership |
| 100 Union Ave | Proofs of Claim:   $101,525.97- Easterday Farms, a Washington general partnership; |
| Cresskill, NJ 07626 |                               $42,575.83- Easterday Farms, a Washington general partnership |
| | Date Claim Filed:  03/10/2021; 03/10/2021 |
| | |
| Phone:  (201) 266-6988 | Phone: |
| Last Four Digits of Acct#:_____ | Last Four Digits of Acct#:_____ |
| | |
| Name and Address where Transferee payments should be sent (if different from above); SAME AS ABOVE | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ Allison R. Axenrod</u>     Date: <u>05/14/2022</u>

Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (10/06)

# United States Bankruptcy Court

For the Eastern District of Washington

In re Easterday Farms, a Washington general partnership, Case No. 21-00176

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. <u>81;82</u> (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/14/2022.

| | |
|---|---|
| <u>CRG Financial LLC</u> | <u>Northwest Equipment Sales, Inc</u> |
| Name of Alleged Transferee | Name of Transferor |
| - | - |
| <u>100 Union Avenue, Cresskill, NJ 07626</u> | <u>C/o Jones Williams Fuhrman Gourley, P.a. , 225 N. 9th St. Ste 820 , Boise , ID 87302</u> |
| Address of Alleged Transferee | Address of Transferor |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

**CLERK OF THE COURT**

# NOTICE OF TRANSFER AND WAIVER

Northwest Equipment Sales, Inc ("Seller"), sells, transfers and assigns unto CRG Financial LLC, with an address at 100 Union Avenue, Cresskill, NJ 07626, its successors and assigns ("Purchaser"), pursuant to the terms of a Claim Assignment between Seller and Purchaser (the "Agreement"), all of Seller's right, title and interest in, to and under Seller's Claim (as defined in the Agreement), including any amounts owed as a cure with respect to a contract assumption, against Easterday Farms, A Washington General Partnership (the "Debtor"), in the aggregate amount of not less than $144,101.80, representing all claims of Seller pending against Debtor in the United States Bankruptcy Court, for the Eastern District of Washington, jointly administered as Case No. 21-00176.

Seller hereby waives its right to raise any objection and/or receive notice pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedures and stipulates that an order may be entered recognizing the Agreement as an unconditional sale and the Purchaser as the valid owner of the Claim.

IN WITNESS WHEREOF, Seller has signed below as of 04/29/2022.

By: /s/ Jim Hibler
   Signature

   Jim Hibler
  Print Name/Title
  Northwest Equipment Sales, Inc

IN WITNESS WHEREOF, Purchaser has signed below as of Friday, May 13, 2022.

By: /s/ Robert Axenrod
CRG Financial LLC