EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

RE: CLAIM NUMBER(S): 113, 115

For value received, the adequacy and sufficiency of which are hereby acknowledged, Basin City Auto Parts, Inc. ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigned to Jefferies Leveraged Credit Products, LLC ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, each claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) it has against Easterday Farms, a Washington general partnership (the "Debtor"), Chapter 11 Case No. 21-00176, United States Bankruptcy Court for the Eastern District of Washington (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of any of the foregoing claims, as they may be amended or supplemented from time to time.

Assignor hereby waives any objection to the transfer of the claims to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claims and recognizing the Assignee as the sole owner and holder of the claims. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claims, and all payments or distributions of money or property in respect of the claims, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THE EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 16 DAY OF March, 2022.

BY: Basin City Auto Parts, Inc.

NAME: *Dennis Hall*

BY: JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC

NAME: *William McLoughlin*
—BCDDAF2A49754DD...

William McLoughlin

SVP

4127-6665-7830.3