# United States Bankruptcy Court

## For the Eastern District of Washington

In re Easterday Farms, a Washington general partnership, Case No. 21-00176

# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).

Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| CRG Financial LLC | Tri-city Truck Parts, Bjk Truck Parts, Llc, Triple M Truck & Equipment |
| Name of Transferee | NAME of Transferor |

Name and Address where notices to transferee should be sent:

CRG Financial LLC
100 Union Ave
Cresskill, NJ 07626

Court Claim# (if known): 96;97;98

Amount of Claim:
Scheduled: $14,496.69- Easterday Farms, a Washington general partnership; $1,492.69- Easterday Farms, a Washington general partnership
Proofs of Claim: $415.75- Easterday Farms, a Washington general partnership; $1,572.91- Easterday Farms, a Washington general partnership; $15,311.44- Easterday Farms, a Washington general partnership
Date Claim Filed: 03/24/2021; 03/24/2021; 03/24/2021

Phone: (201) 266-6988
Last Four Digits of Acct#: _____

Phone:
Last Four Digits of Acct#: _____

Name and Address where Transferee payments should be sent (if different from above);
SAME AS ABOVE

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Allison R. Axenrod    Date: 05/17/2022
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court

For the Eastern District of Washington

In re Easterday Farms, a Washington general partnership Case No. 21-00176

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 96;97;98 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/17/2022.

| | |
|---|---|
| CRG Financial LLC | Tri-city Truck Parts, Bjk Truck Parts, Llc, Triple M Truck & Equipment |
| Name of Alleged Transferee | Name of Transferor |
| | |
| 100 Union Avenue, Cresskill, NJ 07626 | , 1020 N. Center Pkwy Suite B , Kennewick , WA 99336 |
| Address of Alleged Transferee | Address of Transferor |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

**CLERK OF THE COURT**

NOTICE OF TRANSFER AND WAIVER

Tri-City Truck Parts, BJK Truck Parts, LLC, Triple M Truck & Equipment (collectively, the "Sellers"), sell, transfer and assign unto CRG Financial LLC, with an address at 100 Union Avenue, Cresskill, NJ 07626, its successors and assigns ("Purchaser"), pursuant to the terms of a Claims Purchase Agreement between Sellers and Purchaser (the "Agreement"), all of Sellers' right, title and interest in, to and under Sellers' Claims (as defined in the Agreement), including any amounts owed as a cure with respect to a contract assumption, against Easterday Farms (the "Debtor"), in the aggregate amount of $17,303.10 including Proofs of Claim Nos. 98, 97, and 96 representing all claims of Sellers pending against Debtor in the United States Bankruptcy Court, for the Eastern District of Washington administered as Case No. 21-00176.

Sellers hereby waive their rights to raise any objection and/or receive notice pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedures and stipulate that an order may be entered recognizing the Agreement as an unconditional sale and the Purchaser as the valid owner of each of the Claims.

IN WITNESS WHEREOF, Sellers have signed below as of the 15th day of December 2021.

By: _____
   Signature

Benito Medlee Jr.
Print Name/Title (in his capacity as _owner_ for each of the companies listed below)
TriCity Truck Parts, BJK Truck Parts, LLC, Triple M Truck & Equipment

IN WITNESS WHEREOF, Purchaser has signed below as of the ___ day of _____, 2021.

By: _____

CRG Financial LLC

# EXHIBIT A

| Company Name | POC # | CLAIM AMOUNT |
|---|---|---|
| Tri-City Truck Parts | 98 | $15,314.44 |
| BJK Truck Parts, LLC | 97 | $1,572.91 |
| Triple M Truck & Equipment | 96 | $415.75 |