ARMAND J. KORNFELD (WSBA #17214)
THOMAS A. BUFORD (WSBA #52969)
RICHARD B. KEETON (WSBA #51537)
BUSH KORNFELD LLP
601 Union Street, Suite 5000
Seattle, WA 98101
Telephone: (206) 292-2110
Facsimile: (206) 292-2104
Emails: jkornfeld@bskd.com, tbuford@bskd.com,
and rkeeton@bskd.com

RICHARD M. PACHULSKI (admitted *pro hac vice*)
JEFFREY W. DULBERG (admitted *pro hac vice*)
JASON H. ROSELL (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Emails: rpachulski@pszjlaw.com,
jdulberg@pszjlaw.com, and jrosell@pszjlaw.com

*Attorneys for the Chapter 11
Debtors and Debtors in Possession*

HON. WHITMAN L. HOLT
Hearing Date: May 18, 2022
Hearing Time: 11:00 a.m.
Location: Telephonic

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>EASTERDAY RANCHES, INC., *et al.*<br><br>Debtors.[1] | Chapter 11<br><br>Lead Case No. 21-00141-WLH11<br>Jointly Administered<br><br>**DEBTORS' THIRTEENTH STATUS CONFERENCE REPORT** |

Easterday Ranches, Inc. ("Ranches") and Easterday Farms, a Washington general partnership ("Farms"), debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases (collectively, the "Chapter 11 Cases"), by and through undersigned counsel, hereby file this status report (the "Status Report")

---

[1] The Debtors along with their case numbers are as follows: Easterday Ranches, Inc. (21-00141) and Easterday Farms, a Washington general partnership (21-00176).

DEBTORS' THIRTEENTH STATUS
CONFERENCE REPORT – Page 1

PACHULSKI STANG
ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067-4003
Telephone (310) 277-6910
Facsimile (310) 201-0760

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

21-00141-WLH11    Doc 1622    Filed 05/16/22    Entered 05/16/22 15:00:48    Pg 1 of 11

discussing key events since filing the *Twelfth Status Conference Report* on March 14, 2022 [Docket No. 1474] (the "Twelfth Report").[2]

A.  **Global Settlement**

After extensive negotiations among all of the Debtors' key constituents, the Debtors presented to the court, *via* the *Global Settlement Term Sheet* dated April 14, 2022 (the "Global Settlement Term Sheet"), a global settlement (the "Global Settlement") that resolves the disputes of every major constituent in these Chapter 11 Cases.  The Global Settlement brokered by the Debtors represents the successful balancing of a variety of competing interests held by creditors and other stakeholders following the postpetition liquidation of substantially all of the Debtors' assets and extensive litigation with numerous parties in interest, including Cody Easterday, Debby Easterday, Karen Easterday (individually and as personal representative of the Estate of Gale A. Easterday, "Karen Easterday," and collectively with Cody and Debby Easterday, the "Easterday Family"), 3E Properties ("3E"), Easterday Farms Produce, Co. ("Produce"), Easterday Dairy, LLC ("Dairy"), the Ranches Committee, the Farms Committee, Tyson Fresh Meats, Inc. ("Tyson"), and Segale Properties, LLC ("Segale," and collectively with the Debtors, the Easterday Family, 3E, Produce, Dairy, the Ranches Committee, the Farms Committee, and Tyson, the "Settlement Parties").

On April 20, 2022, the court entered an order [Docket No. 1560] approving the Global Settlement Term Sheet, which sets forth the principal terms and conditions of the Global Settlement, which are to be effectuated through a confirmed chapter 11 plan of liquidation of the Debtors.

B.  **Standstill Agreements**

In accordance with the Global Settlement Term Sheet, the Settlement Parties entered into an *Omnibus Stipulated Standstill Order* [Docket No. 1580] (the "Standstill

---

[2] A capitalized term used but not defined herein shall have the meaning ascribed to it in the Twelfth Report.

DEBTORS' THIRTEENTH STATUS CONFERENCE REPORT – Page 2

PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067-4003
Telephone (310) 277-6910
Facsimile (310) 201-0760

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

fe16jr011y
21-00141-WLH11    Doc 1622    Filed 05/16/22    Entered 05/16/22 15:00:48    Pg 2 of 11

Order"), which the court granted on April 22, 2022. The Standstill Order prohibits the Settlement Parties from taking any actions directly or indirectly adverse to another Settlement Party from April 22, 2022 through the earlier of (a) the effective date of a plan of liquidation of Debtors; or (b) the termination of the Abeyance and Suspense Period (as defined in the Abeyance and Suspense Order entered in the Governance Adversary Proceeding (Adv. Proc. No. 22-80008). Contemporaneously with the entry of the Standstill Order, all actions in the 3E Adversary Proceeding (Adv. Proc. No. 21-80057), the Allocation Adversary Proceeding (Adv. Proc. No. 21-80050), and the Governance Adversary Proceeding, were stayed and all pending deadlines were tolled.

### C. Third Amended Plan and Revised Disclosure Statement

On February 2, 2022, the Debtors filed their *Second Amended Joint Chapter 11 Plan of Liquidation of Easterday Ranches, Inc. and Easterday Farms* [Docket No. 1383] and *Disclosure Statement for the Second Amended Joint Chapter 11 Plan of Liquidation of Easterday Ranches, Inc. and Easterday Farms* [Docket No. 1382] (the "Second Amended Disclosure Statement").

On May 11, 2022, in accordance with the Global Settlement Term Sheet and with the approval of the Settlement Parties, the Debtors filed their *Third Amended Joint Chapter 11 Plan of Liquidation of Easterday Ranches, Inc. and Easterday Farms* [Docket No. 1606] (the "Third Amended Plan") and *Disclosure Statement for the Third Amended Joint Chapter 11 Plan of Liquidation of Easterday Ranches, Inc. and Easterday Farms* [Docket No. 1607] (the "Third Amended Disclosure Statement"), incorporating the terms of the Global Settlement Term Sheet. The following objections were filed to the Second Amended Disclosure Statement:

    i.    **Rabo Disclosure Statement Objection**

On February 9, 2022, Rabo AgriFinance LLC "(Rabo") filed an objection [Docket No. 1401] (the "Rabo Objection") to the Second Amended Disclosure Statement, alleging that it did not satisfy the requirements of section 1125 of the

DEBTORS' THIRTEENTH STATUS CONFERENCE REPORT – Page 3

PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067-4003
Telephone (310) 277-6910
Facsimile (310) 201-0760

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

fe16jr011y

21-00141-WLH11    Doc 1622    Filed 05/16/22    Entered 05/16/22 15:00:48    Pg 3 of 11

Bankruptcy Code and applicable law as it relates to Rabo's rights and treatment of its claims. Upon information and belief, the Third Amended Disclosure Statement resolved the Rabo Objection and Rabo will withdraw its objection prior to the hearing on the Third Amended Disclosure Statement.

### ii. Weyns Farms and Sunray Farms Disclosure Statement Objection

On March 4, 2022, Weyns Farms ("Weyns") and Sunray Farms ("Sunray") filed an objection [Docket No. 1449] (the "Weyns and Sunray Objection") to the Second Amended Disclosure Statement, alleging that it did not satisfy the requirements of section 1125 of the Bankruptcy Code and applicable law as it relates to Weyns' and Sunray's rights and treatment of their claims. The Debtors believe the Third Amended Disclosure Statement resolves the Weyns and Sunray Objection and will request that Weyns and Sunray withdraw the Weyns and Sunray Objection prior to the hearing on the Third Amended Disclosure Statement (the "Disclosure Statement Hearing"). To the extent that such objection is not withdrawn prior to the Disclosure Statement hearing, the Debtors will respond to the Weyns and Sunray Objection as the Debtors believe that such objection is without merit.

### iii. Pegram Construction Disclosure Statement Objection

On March 9, 2022, Pegram Construction ("Pegram") filed an objection [Docket No. 1461] (the "Pegram Objection") to the Second Amended Disclosure Statement, alleging that it did not satisfy the requirements of section 1125 of the Bankruptcy Code and applicable law as it relates to Pegram's rights and treatment of its claims. The Debtors believe the Third Amended Disclosure Statement resolves the Pegram Objection and will request that Pegram withdraw the Pegram Objection prior to the hearing on the Third Amended Disclosure Statement. To the extent that the Pegram Objection is not withdrawn prior to the Disclosure Statement hearing, the Debtors will respond to the Pegram Objection as the Debtors believe that such objection is without merit.

DEBTORS' THIRTEENTH STATUS CONFERENCE REPORT – Page 4

PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067-4003
Telephone (310) 277-6910
Facsimile (310) 201-0760

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

21-00141-WLH11    Doc 1622    Filed 05/16/22    Entered 05/16/22 15:00:48    Pg 4 of 11

### iv. Easterday Family Disclosure Statement Objections

On March 11, 2022, the Easterday Family each filed objections to the Second Amended Disclosure Statement [Docket Nos. 1467 and 1470] (together, the "Easterday Family Objections"). In light of the Global Settlement and the consensual filing of the Third Amended Disclosure Statement and Third Amended Plan, the Debtors understand that the Easterday Family Objections are moot.

The supplemental objection deadline to the Third Amended Disclosure Statement is May 18, 2022. A hearing to approve the Third Amended Disclosure Statement has been set for May 25, 2022 at 11:00 a.m.

The Debtors have proposed the following confirmation deadlines:

| Event | Deadline |
| --- | --- |
| Solicitation Deadline | 28 days prior to Plan Objection Deadline |
| Voting Objection Deadline | 5:00 p.m. (Pacific Time) 21 calendar days prior to the Confirmation Hearing |
| Deadline for filing Claims Estimation Motion | 5:00 p.m. (Pacific Time) on the day that is the later of (i) the Voting Objection Deadline or (ii) if such claim is the subject of an objection or a Determination Motion, seven (7) calendar days after the filing of the applicable objection or Determination Motion |
| Voting Deadline | 5:00 p.m. (Pacific Time) 14 calendar days prior to Confirmation Hearing |
| Objections to Plan Confirmation | 5:00 p.m. (Pacific Time) 10 calendar days prior to Confirmation Hearing |
| Plan Supplement | 7 calendar days prior to Voting Deadline |
| Ballot Tabulation Report | 7 calendar days prior to Confirmation Hearing |
| Submission of Proposed Confirmation Order | 7 calendar days prior to Confirmation Hearing |
| Confirmation Brief | 7 calendar days prior to Confirmation Hearing |
| Declarations in Support of Confirmation | 7 calendar days prior to Confirmation Hearing |

DEBTORS' THIRTEENTH STATUS CONFERENCE REPORT – Page 5

PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067-4003
Telephone (310) 277-6910
Facsimile (310) 201-0760

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

21-00141-WLH11    Doc 1622    Filed 05/16/22    Entered 05/16/22 15:00:48    Pg 5 of 11

If the court approves the Third Amended Disclosure Statement and schedules the confirmation hearing for **July 7, 2022**, the Debtors propose the following confirmation deadlines using the above guidelines:

| Event | Deadline |
|---|---|
| Confirmation Hearing | July 7, 2022 |
| Solicitation Deadline | June 9, 2022 |
| Voting Objection Deadline | June 16, 2022 at 5:00 p.m. (Pacific Time) |
| Deadline for filing Claims Estimation Motion | The later of June 16, 2022 at 5:00 p.m. (Pacific Time) or 5:00 p.m. (Pacific Time) on the date that is 7 calendars days after the filing of applicable claim objection or determination motion |
| Voting Deadline | June 23, 2022 at 5:00 p.m. (Pacific Time) |
| Objections to Plan Confirmation | June 27, 2022 at 5:00 p.m. (Pacific Time) |
| Plan Supplement | June 30, 2022 |
| Ballot Tabulation Report | June 30, 2022 |
| Submission of Proposed Confirmation Order | June 30, 2022 |
| Confirmation Brief | June 30, 2022 |
| Declarations in Support of Confirmation | June 30, 2022 |

If the court approves the Third Amended Disclosure Statement and schedules the confirmation hearing for **July 19, 2022**, the Debtors propose the following confirmation deadlines using the above guidelines:

| Event | Deadline |
|---|---|
| Confirmation Hearing | July 19, 2022 |
| Solicitation Deadline | June 21, 2022 |
| Voting Objection Deadline | June 28, 2022 at 5:00 p.m. (Pacific Time) |

DEBTORS' THIRTEENTH STATUS CONFERENCE REPORT – Page 6

PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067-4003
Telephone (310) 277-6910
Facsimile (310) 201-0760

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

fe16jr011y

21-00141-WLH11    Doc 1622    Filed 05/16/22    Entered 05/16/22 15:00:48    Pg 6 of 11

| Event | Deadline |
|---|---|
| Deadline for filing Claims Estimation Motion | The later of June 28, 2022 at 5:00 p.m. (Pacific Time) or 5:00 p.m. (Pacific Time) on the date that is 7 calendars days after the filing of applicable claim objection or determination motion |
| Voting Deadline | July 5, 2022 at 5:00 p.m. (Pacific Time) |
| Objections to Plan Confirmation | July 11, 2022 at 5:00 p.m. (Pacific Time) |
| Plan Supplement | July 12, 2022 |
| Ballot Tabulation Report | July 12, 2022 |
| Submission of Proposed Confirmation Order | July 12, 2022 |
| Confirmation Brief | July 12, 2022 |
| Declarations in Support of Confirmation | July 12, 2022 |

**D.     Washington Trust Bank Settlement**

On February 17, 2022, the Debtors filed a motion [Docket No. 1431] (the "WTB Settlement Motion") to approve that certain Settlement Agreement and Release (the "WTB Settlement Agreement") between the Debtors and Washington Trust Bank ("WTB") to fully and finally resolve the disputes that currently exist between them pursuant to the terms of the WTB Settlement Agreement. The court entered an order [Docket No. 1572] approving the WTB Settlement Agreement and granting the WTB Settlement Motion. On or about April 27, 2022, the Debtors, with the consent of the Easterday Family, caused WTB to be paid in full ($44,897,730.25) pursuant to the terms of the WTB Settlement Agreement.

**E.     CHS Settlement**

On February 18, 2022, the Debtors filed a motion [Docket No. 1433] (the "CHS Settlement Motion") to approve that certain Settlement Agreement between the Debtors

DEBTORS' THIRTEENTH STATUS CONFERENCE REPORT – Page 7

PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067-4003
Telephone (310) 277-6910
Facsimile (310) 201-0760

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

21-00141-WLH11    Doc 1622    Filed 05/16/22    Entered 05/16/22 15:00:48    Pg 7 of 11

and CHS (the "CHS Settlement Agreement") in full resolution of the claims asserted by the CHS Parties against the Debtors. The court entered an order [Docket No. 1568] approving the CHS Settlement Agreement and granting the CHS Settlement Motion. On or about April 26, 2022, the Debtors received the CHS settlement payment in full ($7.4 million).

### F. Monthly and Interim Fee Applications of Estate Professionals

On February 8, 2022, Cooley filed its December and January monthly fee statements [Docket Nos. 1442 and 1443, respectively]. On April 26, 2022, Cooley filed its February monthly fee statement and third interim fee application [Docket Nos. 1581 and 1582, respectively].

On March 8, 2022, DWT and Bush Kornfeld each filed their January monthly fee statements [Docket Nos. 1451 and 1452, respectively]. On March 22, 2022, DWT and Bush Kornfeld each filed their February monthly fee statements [Docket Nos. 1500 and 1501, respectively]. On May 5, 2022, DWT filed its fourth interim fee application [Docket No. 1596]. On May 11, 2022, Bush Kornfeld filed its fourth interim fee application [Docket No. 1600].

On March 9, 2022, PSZJ filed its December monthly fee statement [Docket No. 1457]. On March 25, 2022 PSZJ filed its January monthly fee statement [Docket No. 1509]. On April 13, 2022, PSZJ filed its February monthly fee statement [Docket No. 1539]. On May 11, 2022, PSZJ filed its March monthly fee statement [Docket No. 1602].

On March 29, 2022, Buchalter filed its February monthly fee statement [Docket No. 1514]. On April 20, 2022, Buchalter filed its March Monthly fee statement [Docket No. 1566]. On May 2, 2022, Buchalter filed its fourth interim fee application [Docket No. 1592].

On May 11, 2022, B. Riley filed its November and December monthly fee statements [Docket Nos. 1603 and 1604, respectively].

DEBTORS' THIRTEENTH STATUS CONFERENCE REPORT – Page 8

PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067-4003
Telephone (310) 277-6910
Facsimile (310) 201-0760

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

fe16jr011y

21-00141-WLH11    Doc 1622    Filed 05/16/22    Entered 05/16/22 15:00:48    Pg 8 of 11

On April 4, 2022, Dundon filed it September, October and November monthly fee statements [Docket Nos. 1519, 1520 and 1521, respectively]. On April 11, 2022, Dundon filed its December monthly fee statement [Docket No. 1533].

### G. Monthly Operating Reports

The Debtors are current on their monthly operating reports ("MOR"), having filed the Farms' and Ranches' January, February and March MORs on (i) February 18, 2022 [Docket Nos. 1434 and 1435, respectively], (ii) March 18, 2022 [Docket Nos. 1497 and 1498, respectively], and (iii) April 22, 2022 [Docket Nos. 1576 and 1577, respectively].

### H. Relief From Stay

On February 4, 2022, Ally Bank filed a *Motion for Relief From Automatic Stay* [Docket No. 1387] against Farms in connection with a leased 2020 Dodge Ram 3500. The parties are continuing negotiations regarding a proposed resolution.

On February 16, 2022, Midland States Bank ("Midland") filed its *Agreed Motion to Terminate Automatic Stay as to Midland States Bank* [Docket No. 1430], whereby the Debtors and Midland have agreed to termination of the automatic stay in order for Midland to pursue its rights with respect to its leased equipment, and Midland has agreed to waive any deficiency claims on its leased equipment. The court entered the *Stipulated Order* on March 11, 2022 [Docket No. 1463].

On February 18, 2022, Santander Consumer USA Inc. dba Chrysler Capital ("Chrysler") filed its *Motion for Relief From Stay* [Docket No. 1437] (the "Chrysler Stay Relief Motion") seeking authority to pursue its rights with respect to two 2018 Dodge Ram 3500 trucks (the "Vehicles") pursuant to two separate Retail Installment Contracts. The Vehicles were part of the equipment sale to Blue Tag Farms LLC ("Blue Tag") pursuant to that certain sale order [Docket No. 1144] (the "Equipment Sale Order"). On April 29, 2022, the court entered an order approving the Stay Relief Motion [Docket No. 1591]. The Debtors are working with Blue Tag and Chrysler to

DEBTORS' THIRTEENTH STATUS CONFERENCE REPORT – Page 9

PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067-4003
Telephone (310) 277-6910
Facsimile (310) 201-0760

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

21-00141-WLH11    Doc 1622    Filed 05/16/22    Entered 05/16/22 15:00:48    Pg 9 of 11

help obtain the lien releases from Chrysler to satisfy the relief sought in the Chrysler Stay Relief Motion.

On March 24, 2022, Bank of the West ("BOTW") filed a motion for payment of adequate protection and in the alternative, relief from stay seeking, as adequate protection, payment for all amounts owed from Farms to BOTW on the Contract from the sales proceeds of a 2015 Mack Truck, and in the alternative, relief from stay to commence collection action against Farms for all sums owed from Farms to BOTW on the Contract. The court entered an order [Docket No. 1546] directing the Farms to pay to BOTW the sum of $62,351.52 as Adequate Protection, and waiver of any further claims against Farms.

## I. Administrative Expense and Rejection Damage Claims

On March 31, 2022, the Debtors filed a motion [Docket No. 1516] to establish deadlines to file administrative expense claims and rejection damages claims and approve the form and manner of notice thereof. On April 8, 2022, the court entered an order [Docket No. 1531] setting May 13, 2022 as the deadline by which parties must file claims for administrative expenses or rejection damages.

## J. Removal Deadline

On April 21, 2022, the Debtors filed a motion [Docket No. 1573] to further extend the deadline to remove actions (the "Removal Deadline") by an additional 91 days to July 1, 2022. On May 16, 2022, the court entered an order [Docket No. 1621] granting the motion and extending the Removal Deadline to July 1, 2022.

## K. Plan Exclusivity

On April 20, 2022, the Debtors filed a motion [Docket No. 1559] to (a) further extend their exclusive period for filing a plan by ninety-one (91) days, through and including July 1, 2022, (b) further extend their exclusive period for obtaining acceptances of such plan by ninety-one (91) days through and including September 5, 2022, and (c) preserve the right to seek further extensions for cause shown. On May

DEBTORS' THIRTEENTH STATUS CONFERENCE REPORT – Page 10

PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067-4003
Telephone (310) 277-6910
Facsimile (310) 201-0760

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

16, 2022, the court entered an order [Docket No. 1620] granting the motion and extending the Debtors' exclusive periods to file a plan through and including July 1, 2022 and extending the Debtors' exclusive periods to solicit acceptance of such plan through and including September 5, 2022.

DATED May 16, 2022

BUSH KORNFELD LLP

/s/ Thomas A. Buford, III
THOMAS A. BUFORD, III (WSBA 52969)
BUSH KORNFELD LLP

RICHARD M. PACHULSKI (admitted *pro hac vice*)
JEFFREY W. DULBERG (admitted *pro hac vice*)
JASON H. ROSELL (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP

*Attorneys for Debtors and Debtors in Possession*

DEBTORS' THIRTEENTH STATUS CONFERENCE REPORT – Page 11

PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067-4003
Telephone (310) 277-6910
Facsimile (310) 201-0760

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

21-00141-WLH11    Doc 1622    Filed 05/16/22    Entered 05/16/22 15:00:48    Pg 11 of 11